**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-08 |
| THOMAS J. SMITH, | : |
| Defendant. | : **REDACTED** |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about January 8, 2008, in the State and District of Delaware, THOMAS J. SMITH, defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit, a conviction on or about September 20, 2004, in the Superior Court in and for New Castle County for the State of Delaware, did knowingly possess a firearm in and affecting interstate commerce, to wit, a Glock, model 19, 9mm semi-automatic pistol, serial number AUF820US, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT II

On or about January 8, 2008, in the State and District of Delaware, THOMAS J. SMITH, defendant herein, did knowingly possess a controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 844(a).

FILED

JAN 22 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF FORFEITURE

Upon conviction of the firearms offense alleged in Count I of this Indictment, THOMAS J. SMITH, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c) any firearm involved or used in the commission of said offenses.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn Martyniak
Special Assistant United States Attorney

Dated: January 22, 2008