IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-08-GMS |
| ) | |
| THOMAS J. SMITH, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CONTINUE EVIDENTIARY HEARING

**NOW COMES** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United States Attorney, hereby moves for an continuance of the May 1, 2008 evidentiary hearing date in the above-captioned case.

The Government is seeking a continuance of this hearing because a necessary witness is unavailable. On April 30, 2008 at 10:34 p.m., Officer Rinehart of the Wilmington Police Department contacted Special Assistant United States Attorney Shawn E. Martyniak indicating that he may have a conflict preventing his attendance from the evidentiary hearing. Officer Rinehart is an essential witness to the Government's case-in-chief.

Officer Rinehart indicated that his pregnant wife began to experience contractions. As of April 29, 2008 at 10:30 p.m., Officer Rinehart was at the hospital with his wife. Officer Rinehart indicated that his wife was experiencing pre-term labor. Officer Rinehart also indicated that he was unsure of the course of action that the doctors were going to proceed with. At 10:40 a.m. on May 1, 2008, Special Assistant United States Attorney Martyniak received a message from Officer Rinehart that he was still at the hospital with his wife.

Special Assistant United States Attorney Martyniak contacted Your Honor's chambers, along with the defendant's attorney, Keir Bradford, to inform Your Honor about the unavailability of the witness. Ms. Bradford indicated that she did not oppose the request for the continuance of the hearing. Given the unavailability of the Government's necessary witness and the reason for the unavailability, the Government respectfully requests a continuance of the evidentiary hearing.

    Respectfully submitted,
    COLM F. CONNOLLY

    Shawn E. Martyniak
    Special Assistant United States Attorney

Dated: May 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-08-GMS |
| | ) | |
| THOMAS J. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE EVIDENTIARY HEARING

In response to the Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Defendant's Evidentiary Hearing in Criminal Action No. 08-08-GMS re-scheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

_____
Honorable Gregory M. Sleet
United States District Judge