IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-08-GMS |
| | ) | |
| THOMAS J. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE EVIDENTIARY HEARING

In response to the Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this __2nd__ day of __May__, 2008, that Defendant's Evidentiary Hearing in Criminal Action No. 08-08-GMS re-scheduled for the __16th__ day of __May__, 2008 at __9:30__ a.m./~~p.m.~~

_____
Honorable Gregory M. Sleet
United States District Judge

FILED
MAY - 2 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE

3