IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 08-8 GMS |
| | : |
| THOMAS J. SMITH | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that motions hearing regarding the above-captioned defendant is rescheduled to **Thursday, May 29, 2008, at 10:00 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

May 20, 2008