IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.08-08-GMS |
| THOMAS SMITH, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO ATTEND A PRIVATE VIEWING OF SHEILA LAWRENCE, HIS MOTHER**

Defendant, Thomas Smith, by and through his undersigned counsel, Keir Bradford, Assistant Federal Public Defender, hereby moves this Court for an Order granting him permission to attend a private viewing of Sheila Lawrence, his mother, who passed away on July 22, 2008.

In support of this Motion, Mr. Smith avers as follows:

1. Ms. Lawrence's public viewing, funeral mass and burial is currently scheduled for July 30, 2008 at the Bethel Pentecostal Church, located at 23rd and Pine Streets, in Wilmington, Delaware. The House of Wright Mortuary is arranging Ms. Lawrence's funeral services. See Exhibit "A".

2. Mr. Smith is currently in the custody of the United States Marshals Service for the District of Delaware, and is housed at Salem County Correctional Facility in Woodstown, New Jersey.

3. Mr. Smith respectfully requests the Court's permission to have a private viewing of his mother on July 29, 2008 at 2:00 p.m.[1] in the U.S. Marshal Service's secured sally-port.

---

[1] Justen Wright, of The House of Wright Mortuary, previously indicated to Mr. Smith's family that this is the funeral home's preferred time to assist in this request. Mr. Smith submits

4.	Shawn Martyniak, Assistant United States Attorney, opposes Mr. Smith's motion.

WHEREFORE, Mr. Smith respectfully requests the Court's permission to have a private viewing of Sheila Lawrence, his mother, on July 29, 2008 at the U.S. Marshal Service's secured sally-port.

Respectfully submitted,

/s/ *Keir Bradford*
Keir Bradford, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant, Thomas Smith

Dated: July 25, 2008

---

that an alternative time may be arranged if this time is not convenient for the U.S. Marshals Service. Mr. Wright may be contacted at (302)762-8448.

PDF created with pdfFactory Pro trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Criminal Action No.08-08-GMS |
| | : |
| | : |
| THOMAS SMITH, | : |
| | : |
| Defendant. | : |

**<u>ORDER</u>**

The Court having considered Defendant Smith's Motion to Attend a Private Viewing of Sheila Lawrence, His Mother, and good cause having been shown therefore;

**IT IS HEREBY ORDERED** this _____ day of July, 2008, that the United States Marshal or his Deputy make arrangements with The House of Wright Mortuary, (302) 762-8448 for a private viewing of the deceased at a mutually agreeable time at the J. Caleb Boggs Federal Building in the secured sally-port of the U.S. Marshals.

      **Honorable Gregory M. Sleet**
      **Chief Judge, United States District Court**

PDF created with pdfFactory Pro trial version www.pdffactory.com

# The House of Wright Mortuary, Inc.

"Where Service Is Always Wright"

Robert O. Wright, I., L.F.D., C.F.S.P.
President

Justen A. Wright, C.F.S.P.
Vice President



July 25, 2008

ATTN: Keir Bradford

RE: Thomas Smith

This is to inform you that Sheila D. Lawrence, mother of Thomas Smith passed on July 22, 2008. Her date of birth is September 11, 1958 and her Funeral will be held on Wednesday, July 30, 2008 at Bethel Pentecostal Church, 2300 N. Pine Street, Wilmington, DE with viewing beginning at 9:00AM and Funeral at 11:00AM.

Sincerely,

*Elaine Tate*

Elaine Tate
Secretary

License ~ Delaware & Maryland

| | | |
|---|---|---|
| 208 East 35th Street | 48 East Commerce Street | 500 South Van Buren Street |
| Wilmington, Delaware 19802 | Smyrna, Delaware 19977 | Wilmington, Delaware 19805 |
| (302) 762-8448 | (302) 659-5517 | (302) 654-2020 |
| FAX* (302) 762-8441 | | TOLL FREE** 1-866-874-8448 |

EMAIL ADDRESS**WRIGHTMORTUARY@aol.com  *** WWW.HOUSEOFWRIGHTMORTUARY.COM