IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 08-08-GMS |
| : | |
| THOMAS J. SMITH, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S REPLY BRIEF TO DEFENDANT'S MOTION TO ATTEND PRIVATE VIEWING

The United States, by and through attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United States Attorney for the District of Delaware, for the reasons set forth below, does not oppose the defendant's request.

1. Thomas Smith, herein "defendant", has requested by motion, dated July 25, 2008, a private viewing for his deceased mother. The defendant has requested that the viewing be held on July 29, 2008 at 2:00 p.m. in the U.S. Marshals' secured sally-port at the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. After receiving the *Motion*, the Government conferred with the U.S. Marshal's Office. After reviewing the *Motion* with the U.S. Marshals, the Government does not oppose the request.

3. The Government respectfully requests that a provision be added to any order granting the defendant's request for a private viewing allowing the U.S. Marshals the ability to cancel or terminate the viewing if it is determined by the Marshals that safety or security is compromised.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:     /s/ Shawn Martyniak
Shawn E. Martyniak (De. I.D. No. 4433)
Special Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046

Dated: July 25, 2008

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 08-08-GMS |
| : | |
| THOMAS J. SMITH, : | |
| : | |
| Defendant. : | |

### ORDER

The Court, having considered the Government's *Response* to the Defendant Smith's *Motion to Attend a Private Viewing of Sheila Lawrence, His Mother*:

IT IS HEREBY ORDERED this _____ day of _____, 2008, that the Defendant's motion is to attend a private viewing in the U.S. Marshall's sally-port of the J. Caleb Boggs Federal Building on June 29, 2008 at 2:00 p.m is granted. The U.S. Marshals, at their discretion, may terminate or cancel the viewing if it is determined to be a safety or security hazard.

_____
The Honorable Gregory M. Sleet
United States District Court.