IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.08-08-GMS |
| THOMAS SMITH, | : |
| Defendant. | : |

**ORDER**

The Court having considered Defendant Smith's Motion to Attend a Private Viewing of Sheila Lawrence, His Mother, and good cause having been shown therefore;

**IT IS HEREBY ORDERED** this 29th day of July, 2008, that the United States Marshal or his Deputy make arrangements with The House of Wright Mortuary, (302) 762-8448 for a private viewing of the deceased at a mutually agreeable time at the J. Caleb Boggs Federal Building in the secured sally-port of the U.S. Marshals.

/s/ Gregory M. Sleet
_____
Honorable Gregory M. Sleet
**Chief Judge, United States District Court**
