# Federal Public Defender
### District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

July 29, 2008

Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

    **Re:** *United States v. Thomas Smith*
          **Criminal Action No. 08-08-GMS**
          <u>**Our File No. 2008-00080**</u>

Dear Chief Judge Sleet:

    Thank you for granting the Order allowing Mr. Smith to attend a private viewing of his deceased mother. The United States Marshal's service did everything in their power to comply with your order. Unfortunately the viewing was cancelled due to the family's inability to raise the necessary funds associated with the funeral expenses. Mr. Smith is very appreciative of everyone's consideration and assistance in this matter.

                        Very truly yours,

                        /s/
                        Keir Bradford
                        Assistant Federal Public Defender

cc: Robert D. Denney, Supervisory Deputy
     Shawn E. Martyniak, Assistant United States Attorney