UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 08-08-GMS |
| THOMAS J. SMITH, : | |
| Defendant. : | |

**ENTRY OF APPEARANCE**

PLEASE enter the appearance of Assistant United States Attorney John C. Snyder as an attorney of record on behalf of the United States of America in the above-captioned matter.

Dated: August 6, 2008

                                      Respectfully submitted,

                                      COLM F. CONNOLY
                                      United States Attorney

                                        /s/ John C. Snyder
                                        John C. Snyder
                                        Assistant United States Attorney
                                        1007 N. Orange Street, Suite 700
                                        P.O. Box 2046
                                        Wilmington, Delaware 19899-2046
                                        (302) 573-6277, ext 168
                                        (302) 573-6220 (fax)