IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-08-GMS |
| THOMAS J. SMITH, | : |
| Defendant. | : |

## NOTICE OF APPEAL AND
## CERTIFICATION PURSUANT TO 18 U.S.C. § 3731

Notice is hereby given that the United States of America, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the opinion and order entered on the docket in this action on or about July 29, 2008, suppressing physical evidence and statements stemming from the defendant's arrest on or about January 8, 2008.

Pursuant to Title 18, United States Code, Section 3731, the undersigned hereby certifies to the Court that this appeal is not taken for purpose of delay, and that the evidence at issue constitutes substantial proof of a fact material to the trial in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
John C. Snyder
Assistant United States Attorney

Dated: August 25, 2008